**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

May 13, 2025

**BY ECF**



The Honorable Jessica G. Clarke
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    *Nyjee Boyd v. Charles Guthrie, et al.*, 25 CV 1092 (JGLC)

Dear Judge Clarke:

    I represent the plaintiff in the above-reference civil rights action. I write to confirm that since filing this action, it has come to my attention that Mr. Boyd commenced a federal action involving the same claims and parties in this court in an action bearing case number 22 CV 8549 (NSR). Upon learning of this, we appeared in the other action and conferenced the case with Magistrate Judge Reznik. The parties are in the process of meeting and conferring about amending the complaint in the other action, as well as other discovery issues, and are due to report back to that Court later this week.

    While I thus anticipate filing a notice of voluntary dismissal of this action, I would like to make that determination after receipt of certain outstanding information from the AG's office in the other action.

    In light of the foregoing I respectfully request that all deadlines and proceedings – particularly the Initial Conference scheduled for May 20, 2025 and associated pre-conference filings - be adjourned *sine die* pending a further status report in 30-45 days, at which time (if not before) I anticipate filing a notice of voluntary dismissal absent an unforeseen change of circumstances.

    Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

Application GRANTED. All deadlines and proceedings in this matter are ADJOURNED *sine die* pending a status report, which the parties shall file by no later than June 14, 2025. The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 14, 2025
       New York, New York